

# Fourth Court of Appeals
## San Antonio, Texas

May 5, 2021

No. 04-21-00107-CV

**IN THE INTEREST OF R.R.**, a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01828
Honorable Charles E. Montemayor, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that no costs be assessed against appellants in relation to this appeal because they qualify as indigent under TEX. R. APP. P. 20.

It is so **ORDERED** on May 5, 2021.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of May 5, 2021.

_____
Michael A. Cruz, Clerk of Court